# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1621

_____

Hosie Edward Roberts, Jr.,                  *
                                            *
            Appellant,                      *
                                            *    Appeal from the United States
      v.                                    *    District Court from the Western
                                            *    District of Missouri.
City of Columbia,                           *
                                            *         [UNPUBLISHED]
            Appellee.                       *

_____

Submitted:  March 6, 2001

Filed:  March 9, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Hosie Edward Roberts, Jr., appeals following the district court's[1] grant of summary judgment to his employer, the City of Columbia, Missouri, in his action under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101-12213; the Family Medical Leave Act (FMLA), 29 U.S.C. §§ 2601-2654; and the Missouri Human Rights Act (MHRA), Mo. Rev. Stat. §§ 213.010-213.137 (Supp. 1998). After de novo review, see Harvey v. Anheuser-Busch, Inc., 38 F.3d 968, 971 (8th Cir. 1994), we

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

agree--for the reasons stated by the district court in its thorough order--that Mr. Roberts, a diabetic, failed to show (1) that he was disabled within the meaning of the ADA, (2) that the City took adverse employment action against him on account of his taking FMLA leave, or (3) that the City created a hostile working environment to retaliate against him for complaining about the City's allegedly discriminatory conduct.

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.